IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00094 |
| | ) | Judge Trauger |
| | ) | |
| MICHAEL G. TANGREDI | ) | |

### O R D E R

The defendant's Unopposed Motion to Continue Trial And Set Status Conference (Docket No. 17) is **GRANTED**. It is hereby **ORDERED** that the trial scheduled for August 6, 2013 is **CONTINUED**, to be reset at a status conference to be held on Monday, September 23, 2013, at 3:00 p.m.

It is further **ORDERED** that the defendant's Motion to Extend The Time For The Filing of Pretrial Motions (Docket No. 19) is **GRANTED**. A new pretrial motion deadline will be set at the status conference.

It is so **ORDERED**.

ENTER this 9th day of July 2013.

                                                      ALETA A. TRAUGER
                                                      U.S. District Judge