==Motion set for hearing on 9/26/13 at 4:00 p.m.==

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:13-00094
) JUDGE TRAUGER
)
MICHAEL TANGREDI )

## MOTION TO BE RELIEVED AS COUNSEL
## AND TO APPOINT SUBSTITUTE COUNSEL

At the request of Michael G. Tangredi, and with the concurrence of the undersigned, undersigned counsel moves that his name and that of Mariah A. Wooten, be removed as counsel of record in this case and that they be relieved of their representation responsibilities to Mr. Tangredi and that a substitute counsel be appointed from the Criminal Justice Act for this district. An affidavit of counsel in support of this motion is filed separately under seal. This case is currently set for a status conference on Thursday, September 26, 2013, at 4 PM.

Respectfully submitted,

s/ *Henry A. Martin*
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Michael Tangredi

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, I electronically filed the foregoing Motion to be Relieved as Counsel and to Appoint Substitute Counsel with the with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hilliard H. Hester, III, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Henry A. Martin*
HENRY A. MARTIN