# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00094 |
| | ) | Judge Trauger |
| | ) | |
| MICHAEL G. TANGREDI | ) | |

## O R D E R

It is hereby **ORDERED** that the defendant shall file a Reply to the Government's Response to the Defendant's Motion in Limine No. 3 (Docket No. 49) by March 21, 2014.

It is so **ORDERED**.

ENTER this 18h day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge