UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-00094 |
| | ) | |
| MICHAEL G. TANGREDI | ) | JUDGE TRAUGER |

GOVERNMENT'S MOTION TO DISMISS
COUNTS TEN AND ELEVEN OF THE SUPERSEDING INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government seeks leave of Court to dismiss Counts Ten and Eleven of the Superseding Indictment charging substantive access device violations, and only those counts.

Respectfully submitted,

DAVID RIVERA
United States Attorney

**s/Hilliard H. Hester**
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151